IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


COST RECOVERY SERVICES LLC,

    Plaintiff,

v.                                                          CASE NO. 1:02-cv-00131-MP-AK

ALLTEL COMMUNICATIONS INC,

    Defendant.

_____/

## **O R D E R**

This matter came before the Court for a telephonic status conference on April 13, 2006. As stated during the conference, the plaintiff shall file its motion in limine regarding the parole evidence issue by Friday, May 5, 2006.  The defendant may respond by Friday, May 19, 2006. This matter is also set for bench trial Tuesday, October 3, 2006 at 12:30 p.m.

    **DONE AND ORDERED** this  *19th*   day of April, 2006


                              *s/Maurice M. Paul*
                      Maurice M. Paul, Senior District Judge