IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

COST RECOVERY SERVICES LLC,

    Plaintiff,

v.                                    CASE NO. 1:02-cv-00131-MP-AK

ALLTEL COMMUNICATIONS INC,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 322, Consent Motion for Extension of Time to File Memoranda. The motion, which is agreed to by both sides, is granted. As requested in the motion, Defendant ALLTEL COMMUNICATIONS shall file its memorandum by April 28, 2008, and plaintiff COST RECOVERY SERVICES shall file its responsive/counter memorandum by May 28, 2008.

    **DONE AND ORDERED** this _3rd_ day of April, 2008

                        *s/Maurice M. Paul*
                      Maurice M. Paul, Senior District Judge