IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

COST RECOVERY SERVICES LLC,

    Plaintiff,

v.                                                       CASE NO. 1:02-cv-00131-MP-AK

ALLTEL COMMUNICATIONS INC.,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on a status conference held on Wednesday, July 9, 2008. Following the remand from the Eleventh Circuit, the Court directed the parties to submit memoranda addressing the procedural posture of this litigation in light of the Eleventh Circuit's decision. Both parties have done so. During the hearing, however, Defendant Alltel disagreed with several portions of the Plaintiff's memorandum, and moved to file a brief in reply to this memorandum. As stated in open court, after Defendant files its reply, Plaintiff shall have twenty days in which to respond to this brief, after which the Court will take the matter of CRS I under advisement. Furthermore, discovery in CRS II will be reopened for six months, and any motion for summary judgment shall be filed no later than eight months from the date of this order. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    Plaintiff shall file its response no later than 20 days after Defendant Alltel files its brief in reply to the Plaintiff's CRS I memorandum.

    2.    Discovery in CRS II is reopened until Monday, January 12, 2009.

    3.    Any motions for summary judgment in CRS II shall be filed no later than Tuesday, March 10, 2009.

**DONE AND ORDERED** this <u>*10th*</u> day of July, 2008

<u>          *s/Maurice M. Paul*          </u><br>
Maurice M. Paul, Senior District Judge