IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

COST RECOVERY SERVICES LLC,

    Plaintiff,

v.                                                                 CASE NO. 1:02-cv-00131-MP-AK

ALLTEL COMMUNICATIONS INC,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 374, Consent Motion to Substitute Party Defendant by Cost Recovery Services LLC. Defendant Alltel consents to the request, and recites that Windstream Corporation has assumed liability for the instant action. Substitution is proper because Rule 25(c) allows for the joinder or substitution of any and all parties that have or could have the burden of liability. *See* Wainwright v. Kraftco Corp., 58 F.R.D. 9, 13 (N.D.Ga. 1973).

Defendant Alltel spun off its wireless business into Windstream on or about July 17, 2006.*See generally* Luxliner P.L. Export Co. v. RDI/Luxliner, Inc., 13 F.3d 69, 71 (3rd Cir. 1993) ("A 'transfer of interest' in a corporate context occurs when one corporation becomes the successor to another by merger or other acquisition of the interest the original corporate party had in the lawsuit.")

Rule 25(c) requires that the motion for substitution must be served as provided in Rule 25(a)(3). Rule 25(a)(3) provides that the motion to substitute, together with a notice of hearing, must be served on the parties as provided in Rule 5 and on nonparties as provided in Rule 4. Accordingly, it is

**ORDERED AND ADJUDGED:**

1. The Clerk is directed to serve a copy of the Motion to Substitute, Doc. 374, along with a notice of hearing, on Alltel Communications, Inc. and Cost Recovery Services, LLC in accordance with Rule 5.

2. The Clerk is directed to serve a copy of the Motion to Substitute, Doc. 374, along with a notice of hearing, on Windstream Corporation in accordance with Rule 4.

3. The Clerk shall set the hearing by the notice sent with the Motion to Substitute. The hearing may be telephonic.

**DONE AND ORDERED** this  *4th* day of December, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge